ACCEPTED
03-14-00035-CV
6597015
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/21/2015 10:54:28 AM
JEFFREY D. KYLE
CLERK

# No. 03-14-00035-CV

## In the Court of Appeals
## For the Third Judicial District
## Sitting at Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/21/2015 10:54:28 AM
JEFFREY D. KYLE
Clerk

### In the Estate of
### Evelyn Landua Koehler, Deceased

Appealed from the County Court at Law No. 1 of
Bell County, Texas

## Unopposed Motion to Extend Time to File
## Appellants' Brief on the Merits

**Robert Little**
**State Bar No. 24050940**
**little@namanhowell.com**
**Kristen A. Mynar**
**State Bar No. 24074785**
**kmynar@namanhowell.com**

**Naman, Howell, Smith & Lee, PLLC**
**400 Austin Ave., Ste. 800**
**Waco, Texas 76701**
**254-755-4100**
**254-754-6331 (fax)**

**Attorneys for Appellant**

{03526737.DOC / }

# No. 03-14-00035-CV

## In the Court of Appeals
## For the Third Judicial District
## Sitting at Austin, Texas

**In the Estate of**
**Evelyn Landua Koehler, Deceased**

## Unopposed Motion to Extend Time to File
## Appellants' Brief on the Merits

To the Honorable Court of Appeals:

Comes now Casey A. Koehler and Jennifer Phy, who are the Appellants in the above case, and file this Unopposed Motion to Extend Time to File Appellants' Brief on the Merits. In support of this Motion, Appellant shows as follows:

1.     The Notice of Appeal was filed in this case on January 21, 2014.  The Clerk's Record in this case was first filed on April 17, 2014. However, the Reporter's Record was only filed on July 22, 2015.  Appellants' Brief on the Merits is currently due on August 21, 2015.

2. Appellants have not previously requested an extension of time.

3. Appellants request an additional extension of time for 30 days to file its Brief. If granted, the extension would change the due date for the Appellants' Brief on the Merits to September 20, 2015.

4. Good cause exists for the extension of time to file the Appellants' Brief in this case. The parties are attempting to resolve this matter, and have agreed that an extension of time for filing of the briefs in this case will facilitate those discussions and assist the parties in attempting to get the case resolved.

5. No party will be prejudiced by the extension of time requested. Appellee does not oppose this request. Therefore, Appellants request that the Court accept a Brief in this case from the Appellants on or before September 20, 2015.

Wherefore, premises considered, Appellants respectfully request the Court to extend the time for filing its Brief on the Merits up to and including September 20, 2015.

Respectfully submitted,

NAMAN, HOWELL, SMITH & LEE, PLLC
400 Austin Ave., Ste. 800
P. O. Box 1470
Waco, Texas  76703-1470
254.755.4100 / Facsimile 254.754.6331

BY: _____
     Robert Little
     State Bar No. 24050940
     Kristen A. Mynar
     State Bar No. 24074785

     ATTORNEYS FOR APPELLANTS
     CASEY A. KOEHLER AND  JENNIFER PHY

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing Notice of Appeal is being served by E-service and facsimile to the following counsel of record on the 21st day of August, 2015:

Eric Stoebner
Harrell & Stoebner, P.C.
2106 Bird Creek Drive
Temple, TX  76502
Tel.:  (254) 771-1855
Fax:  (254) 771-2082

_____
Robert Little